Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CORY LONGO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OSI SYSTEMS, INC., DEEPAK CHOPRA, and ALAN EDRICK,<br><br>Defendants. | No. 2:17-cv-08841-VAP-SK<br><br>**MOTION OF LLOYD SIGMAN TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: Hon. Virginia A. Phillips<br>Hearing Date: March 5, 2018<br>Time: 2:00 p.m.<br>CTRM:  8A – 8th Floor (1st Street) |
| --- | --- |

1

Motion of Lloyd Sigman To Consolidate Related Actions, For Appointment as Lead Plaintiff and Approval of
Choice of Counsel – No. 2:17-cv-08841-VAP-SK

| RYAN DOYEL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN I. EDRICK, and AJAY MEHRA, <br><br> Defendants. | No. 2:17-cv-08855-VAP-SK <br><br> CLASS ACTION <br><br> JUDGE: Hon. Virginia A. Phillips |
|---|---|
| ERIC KERBS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> OSI SYSTEMS, INC., DEEPAK CHOPRA, AJAY MEHRA and ALAN EDRICK, <br><br> Defendants. | No. 2:17-cv-08991-VAP-SK <br><br> CLASS ACTION <br><br> JUDGE: Hon. Virginia A. Phillips |

PLEASE TAKE NOTICE that on Monday, March 5, 2018 at 2:00 p.m. before the Honorable Virginia A. Phillips in Courtroom 8A – 8th Floor, First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Movant Lloyd Sigman ("Movant"), will, and does move this Court for an order granting his Motion: (1) consolidating the related actions, (2) for appointment of Movant as Lead Plaintiff of the Class; and (3) for approval of Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for Plaintiffs and the Class.

2

Motion of Lloyd Sigman To Consolidate Related Actions, For Appointment as Lead Plaintiff and Approval of Choice of Counsel – No. 2:17-cv-08841-VAP-SK

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Federal Rule of Civil Procedure 42(a), on the grounds (1) that the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) that Movant should be appointed Lead Plaintiff for the class of all purchasers or acquirers of OSI Systems, Inc. securities during the period between August 16, 2013 and December 6, 2017, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) that Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel should be approved as the firm is well qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence Rosen, a Certification and Notice of Interested Parties, and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

Dated:   February 5, 2018                    Respectfully submitted,

                                             **THE ROSEN LAW FIRM, P.A.**

                                             /s/ Laurence Rosen, Esq.
                                             Laurence M. Rosen, Esq. (SBN 219683)
                                             355 South Grand Avenue, Suite 2450
                                             Los Angeles, CA 90071

Motion of Lloyd Sigman To Consolidate Related Actions, For Appointment as Lead Plaintiff and Approval of Choice of Counsel – No. 2:17-cv-08841-VAP-SK

Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiff and Class

Motion of Lloyd Sigman To Consolidate Related Actions, For Appointment as Lead Plaintiff and Approval of Choice of Counsel – No. 2:17-cv-08841-VAP-SK

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 5, 2018, I electronically filed the following **MOTION OF LLOYD SIGMAN TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 5, 2018.

/s/ Laurence Rosen
Laurence M. Rosen

Motion of Lloyd Sigman To Consolidate Related Actions, For Appointment as Lead Plaintiff and Approval of Choice of Counsel – No. 2:17-cv-08841-VAP-SK