**FILED**
CLERK, U.S. DISTRICT COURT

OCT 19, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM and JOHN A. PROKOP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN EDRICK, and AJAY MEHRA<br><br>Defendants. | Case No.: 2:17-cv-08841-VAP-SK<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF SECURITIES LAW**<br><br>Date:  January 28, 2019<br>Time:  2:00 p.m.<br>Ctrm.:  8A<br>Judge:  Hon. Virginia A. Phillips |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 2:17-cv-08841-VAP-SK
[PROPOSED] ORDER CONTINUING
HEARING ON MOTION TO DISMISS

1  Upon Stipulation of the parties, and for good cause shown, based in part on
2  the diligence of the parties seeking the continuance and any prejudice that may
3  result if the continuance is denied, it is hereby ORDERED that:
4      1.  The hearing on Defendants' Motion to Dismiss shall be continued to
5  February 25, 2019 at 2:00 p.m.
6
7      IT IS SO ORDERED.
8
9  Dated: October 19, 2018
10
   _____
11      The Honorable Virginia A. Phillips
        Chief United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CASE NO. 2:17-cv-08841-VAP-SK
[PROPOSED] ORDER CONTINUING
HEARING ON MOTION TO DISMISS