# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARKANSAS TEACHER RETIREMENT SYSTEM and JOHN A. PROKOP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN EDRICK, and AJAY MEHRA<br><br>Defendants. | Case No.: 2:17-cv-08841-VAP-SK<br><br>Honorable Virginia A. Phillips<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER REGARDING SCHEDULE FOR FILING AMENDED COMPLAINT AND DEFENDANTS' RESPONSE OR MOTION TO DISMISS** |

Upon Stipulation of the parties, and for good cause shown, based in part on the diligence of the parties seeking the continuance and any prejudice that may result if the continuance is denied, it is hereby **ORDERED** that:

1. Plaintiffs shall file and serve an amended complaint by June 13, 2019;
2. Defendants shall answer or file a motion to dismiss the amended complaint by July 24, 2019;
3. If any or all Defendants move to dismiss the amended complaint, Lead Plaintiff shall file and serve opposition papers by August 30, 2019; and
4. Any reply papers shall be filed and served by September 27, 2019.

**IT IS SO ORDERED**.

DATED: May 30, 2019

                          _/s/ Virginia A. Phillips_
                          The Honorable Virginia A. Phillips
                          Chief United States District Judge