**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
egreenstein@ktmc.com
skaplan@ktmc.com

[Additional Counsel on Signature Page.]

*Counsel for Lead Plaintiff Arkansas Teacher
Retirement System and
Plaintiff John A. Prokop and
Lead Counsel for the Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CORY LONGO, individually and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OSI SYSTEMS, INC., et al.,<br><br>Defendants. | Case No. 2:17-cv-08841-FMO-SKx<br><br><u>CLASS ACTION</u><br><br>**LEAD PLAINTIFF'S NOTICE AND UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND (II) CLASS CERTIFICATION FOR SETTLEMENT PURPOSES**<br><br>Hearing Date: December 2, 2021<br>Time:         10:00 a.m.<br>Courtroom:   6D<br>Judge:        Hon. Fernando M. Olguin |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 2, 2021, at 10:00 a.m. PST, or as soon thereafter as counsel may be heard, in Courtroom 6D of the United States District Court for the Central District of California, United States Courthouse, 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, the Honorable Fernando M. Olguin presiding, the Court-appointed Lead Plaintiff, Arkansas Teacher Retirement System ("Lead Plaintiff"), on behalf of itself, named plaintiff John A. Prokop, and the proposed class ("Settlement Class"), will and hereby does move for an order pursuant to Federal Rule of Civil Procedure 23: (1) certifying the Settlement Class for purposes of effectuating the proposed settlement ("Settlement") of the above-captioned action ("Action"); (2) granting preliminary approval of the Settlement on the terms set forth in the Stipulation and Agreement of Settlement dated October 22, 2021 ("Stipulation");[1] (3) authorizing the retention of A.B. Data, Ltd. ("A.B. Data") as the administrator for the Settlement; (4) approving the form and manner of notice of the Settlement to the Settlement Class; and (5) setting a hearing date for final approval of the Settlement as well as the schedule for briefing in support of final approval and various other deadlines in connection with the Settlement. Pursuant to Civil Local Rule 7-3, counsel for Lead Plaintiff conferred with counsel for Defendants on October 15, 2021. Counsel for Defendants have stated that Defendants do not oppose this motion.

This motion is based upon this Notice of Unopposed Motion and Unopposed Motion (the "Motion"), the supporting Memorandum filed concurrently herewith, several supporting declarations, including the Greenstein Declaration, the Stipulation (and the exhibits thereto), the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, the pleadings and records on file in the Action, and such other matters the Court may consider in evaluating the Motion.

---

[1] The Stipulation is attached as Exhibit 1 to the Declaration of Eli R. Greenstein in support of the Motion ("Greenstein Declaration") submitted herewith.

|     |                              |                                                                 |
| --- | ---------------------------- | --------------------------------------------------------------- |
| 1   |                              | Respectfully submitted,                                         |
| 2   | Dated: October 22, 2021      | **KESSLER TOPAZ**                                               |
| 3   |                              | **MELTZER & CHECK, LLP**                                        |

Dated: October 22, 2021

Respectfully submitted,

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**

*/s/ Eli R. Greenstein*
ELI R. GREENSTEIN (Bar No. 217945)
egreenstein@ktmc.com
STACEY M. KAPLAN (Bar No. 241898)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Lead Plaintiff Arkansas Teacher Retirement System and
Plaintiff John A. Prokop and
Lead Counsel for the Putative Class*

**KIESEL LAW LLP**
PAUL R. KIESEL (Bar No. 119854)
kiesel@kiesel.law
JEFFREY A. KONCIUS (Bar No. 189803)
koncius@kiesel.law
CHERISSE HEIDI A. CLEOFE (Bar No. 290152)
cleofe@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Liaison Counsel for the Settlement Class*

**KEIL & GOODSON P.A.**
MATT KEIL (*pro hac vice*)
mkeil@kglawfirm.com
406 Walnut Street
Texarkana, AR 71854
Telephone: (870) 772-4113
Facsimile: (870) 773-2967

|   |   |
|---|---|
| 1 | **SAXENA WHITE P.A.** |
| 2 | MAYA SAXENA |
|   | msaxena@saxenawhite.com |
| 3 | JOSEPH E. WHITE, III |
|   | jwhite@saxenawhite.com |
| 4 | LESTER R. HOOKER (Bar No. 241590) |
|   | lhooker@saxenawhite.com |
| 5 | 5200 Town Center Circle, Suite 601 |
| 6 | Boca Raton, FL 33486 |
|   | Telephone: (561) 394-3399 |
| 7 | Facsimile: (561) 394-3382 |
| 8 | *Additional Counsel* |