# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CORY LONGO, individually and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OSI SYSTEMS, INC., DEEPAK CHOPRA, ALAN EDRICK, and AJAY MEHRA, <br><br> Defendants. | Case No. 17-cv-08841-FMO-SKx <br><br> **ORDER GRANTING JOINT REQUEST TO APPEAR REMOTELY AT THE DECEMBER 2, 2021 PRELIMINARY APPROVAL HEARING** <br><br><br> Judge: Hon. Fernando M. Olguin |

Upon review of the Joint Request to Appear Remotely at the December 2, 2021 Preliminary Approval Hearing, and the Joint Declaration, and good cause appearing therefor,

IT IS SO ORDERED that the request is granted. The parties may attend the December 2, 2021 hearing by telephone. All attorneys appearing telephonically shall e-mail the Courtroom Deputy at FMO_Chambers@cacd.uscourts.gov by noon on Wednesday, December 1, 2021 requesting the call-in instructions.

SO ORDERED this 30th day of November, 2021.

/s/
_____
The Honorable Fernando M. Olguin
United States District Judge