**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
egreenstein@ktmc.com
skaplan@ktmc.com

*Counsel for Lead Plaintiff Arkansas Teacher Retirement System and Plaintiff John A. Prokop and Lead Counsel for the Settlement Class*

[Additional Counsel on Signature Page.]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CORY LONGO, individually and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OSI SYSTEMS, INC., et al.,<br><br>Defendants. | Case No. 2:17-cv-08841-FMO-SKx<br><br><u>CLASS ACTION</u><br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Hearing Date: May 12, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 12, 2022, at 10:00 a.m. in Courtroom 6D of the United States District Court for the Central District of California, United States Courthouse, 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, the Honorable Fernando M. Olguin presiding, Court-appointed Lead Plaintiff, Arkansas Teacher Retirement System ("Lead Plaintiff"), on behalf of itself and the Settlement Class, will and hereby does move pursuant to Federal Rule of Civil Procedure 23 for orders: (i) granting final approval of the proposed settlement set forth in the Stipulation and Agreement of Settlement dated October 22, 2021 (ECF No. 125-4) ("Stipulation" or "Settlement"); (ii) approving the proposed plan for allocating the net proceeds of the Settlement to the Settlement Class ("Plan of Allocation"); and (iii) finally certifying the Settlement Class for settlement purposes.

This motion is based upon this notice of motion and motion, the supporting memorandum filed concurrently herewith, the Declaration of Eli R. Greenstein in Support of (I) Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses, the Declaration of Eric Schachter Regarding: (A) Mailing of the Notice, Claim Form, and Exclusion Request Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date and the exhibits thereto, the Stipulation, the papers and pleadings filed in the action, the arguments of counsel, and any other matters properly before the Court.

Lead Plaintiff is not aware of any opposition to the motion. Pursuant to the Court's Order re: Motion for Preliminary Approval of Class Action Settlement dated December 30, 2021 (ECF No. 131), any objections to the Settlement and/or the Plan of Allocation must be filed by March 28, 2022. Lead Plaintiff's response to any objection(s) received must be filed by April 11, 2022. Proposed orders granting the relief requested herein will be submitted with Lead Plaintiff's April 11, 2022 submission.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: February 28, 2022 | **KESSLER TOPAZ** |
|   | **MELTZER & CHECK, LLP** |

Dated: February 28, 2022

Respectfully submitted,

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**

*/s/ Eli R. Greenstein*
ELI R. GREENSTEIN (Bar No. 217945)
egreenstein@ktmc.com
STACEY M. KAPLAN (Bar No. 241898)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Counsel for Lead Plaintiff Arkansas Teacher Retirement System and
Plaintiff John A. Prokop and
Lead Counsel for the Settlement Class*

**KIESEL LAW LLP**
PAUL R. KIESEL (Bar No. 119854)
kiesel@kiesel.law
JEFFREY A. KONCIUS (Bar No. 189803)
koncius@kiesel.law
CHERISSE HEIDI A. CLEOFE (Bar No. 290152)
cleofe@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Liaison Counsel for the Settlement Class*

**KEIL & GOODSON P.A.**
MATT KEIL (*pro hac vice*)
mkeil@kglawfirm.com
406 Walnut Street
Texarkana, AR 71854
Telephone: (870) 772-4113
Facsimile: (870) 773-2967

**SAXENA WHITE P.A.**
MAYA SAXENA
msaxena@saxenawhite.com
JOSEPH E. WHITE, III
jwhite@saxenawhite.com
LESTER R. HOOKER (Bar No. 241590)
lhooker@saxenawhite.com
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

*Additional Counsel*