**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
ELI R. GREENSTEIN (Bar No. 217945)
STACEY M. KAPLAN (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001
egreenstein@ktmc.com
skaplan@ktmc.com

*Counsel for Lead Plaintiff Arkansas Teacher Retirement System and*
*Plaintiff John A. Prokop and*
*Lead Counsel for the Settlement Class*

[Additional Counsel on Signature Page.]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CORY LONGO, individually and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OSI SYSTEMS, INC., et al., <br><br> Defendants. | Case No. 2:17-cv-08841-FMO-SKx <br><br> <u>CLASS ACTION</u> <br><br> **LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES** <br><br> Hearing Date: May 12, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 6D <br> Judge: Hon. Fernando M. Olguin |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 12, 2022, at 10:00 a.m. in Courtroom 6D of the United States District Court for the Central District of California, United States Courthouse, 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, the Honorable Fernando M. Olguin presiding, Lead Counsel Kessler Topaz Meltzer & Check, LLP, counsel for Court-appointed Lead Plaintiff Arkansas Teacher Retirement System ("Lead Plaintiff"), named plaintiff John A. Prokop, and the Settlement Class, will and hereby does move pursuant to Federal Rule of Civil Procedure 23(h) for an order granting an award of attorneys' fees and litigation expenses in the above-captioned securities class action ("Action").

This motion is based upon this notice of motion and motion, the supporting memorandum filed concurrently herewith, several supporting declarations and exhibits thereto, including the Declaration of Eli R. Greenstein in Support of (I) Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Litigation Expenses, the Stipulation and Agreement of Settlement dated October 22, 2021 (ECF No. 125-4), the papers and pleadings filed in the Action, the arguments of counsel, and any other matters properly before the Court.

Pursuant to the Court's Order re: Motion for Preliminary Approval of Class Action Settlement dated December 30, 2021 (ECF No. 131), any objections to the requested attorneys' fees and expenses must be filed by March 28, 2022. Lead Plaintiff's response to any objection(s) received must be filed by April 11, 2022. A proposed order will be submitted with Lead Plaintiff's April 11, 2022 submission.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: February 28, 2022 | **KESSLER TOPAZ** |
| 3 | **MELTZER & CHECK, LLP** |
| 4 | */s/ Eli R. Greenstein* |
|   | ELI R. GREENSTEIN (Bar No. 217945) |
| 5 | egreenstein@ktmc.com |
|   | STACEY M. KAPLAN (Bar No. 241898) |
| 6 | skaplan@ktmc.com |
|   | One Sansome Street, Suite 1850 |
| 7 | San Francisco, CA 94104 |
|   | Telephone: (415) 400-3000 |
| 8 | Facsimile: (415) 400-3001 |
| 9 | |
|   | *Counsel for Lead Plaintiff Arkansas Teacher* |
| 10 | *Retirement System and* |
|    | *Plaintiff John A. Prokop and* |
| 11 | *Lead Counsel for the Settlement Class* |
| 12 | |
|    | **KIESEL LAW LLP** |
| 13 | PAUL R. KIESEL (Bar No. 119854) |
|    | kiesel@kiesel.law |
| 14 | JEFFREY A. KONCIUS (Bar No. 189803) |
|    | koncius@kiesel.law |
| 15 | CHERISSE HEIDI A. CLEOFE (Bar |
|    | No. 290152) |
| 16 | cleofe@kiesel.law |
| 17 | 8648 Wilshire Boulevard |
|    | Beverly Hills, CA 90211 |
| 18 | Telephone: (310) 854-4444 |
|    | Facsimile: (310) 854-0812 |
| 19 | |
| 20 | *Liaison Counsel for the Settlement Class* |
| 21 | **KEIL & GOODSON P.A.** |
| 22 | MATT KEIL (*pro hac vice*) |
|    | mkeil@kglawfirm.com |
| 23 | 406 Walnut Street |
|    | Texarkana, AR 71854 |
| 24 | Telephone: (870) 772-4113 |
|    | Facsimile: (870) 773-2967 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **SAXENA WHITE P.A.** |
| 2 | MAYA SAXENA |
|   | msaxena@saxenawhite.com |
| 3 | JOSEPH E. WHITE, III |
|   | jwhite@saxenawhite.com |
| 4 | LESTER R. HOOKER (Bar No. 241590) |
|   | lhooker@saxenawhite.com |
| 5 | 5200 Town Center Circle, Suite 601 |
|   | Boca Raton, FL 33486 |
| 6 | Telephone: (561) 394-3399 |
| 7 | Facsimile: (561) 394-3382 |
| 8 | *Additional Counsel* |