JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY LONGO, individually and on behalf of all others similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OSI SYSTEMS, INC., et al., <br><br> Defendants. | Case No. CV 17-8841 FMO (SKx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Class counsel shall be paid $3,125,000.00 in attorney's fees, and $134,863.08 in costs in accordance with the terms of the Settlement Agreement and the Order.

2. The Claims Administrator, A.B. Data, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

3. All class members who did not validly and timely request exclusion from the settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

1     4. Except as to any class members who have validly and timely requested exclusion, this
2 action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as
3 set forth herein and in the prior orders of the court.
4 Dated this 31st day of August, 2022.

6                                                 /s/
7                                   Fernando M. Olguin
                                  United States District Judge